AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| Eastern Profit Corp. Ltd. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:18-CV-02185 (LJL) |
| Strategic Vision US LLC ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __07/14/2021__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __11/5/2021__

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 18-CV-2185 (LJL) |
| STRATEGIC VISION US, LLC | )<br>) |
| Defendant. | )<br>) |

## STIPULATED AND FINAL JUDGMENT

WHEREAS, Plaintiff Eastern Profit Corporation Limited ("Eastern") brought this action against Defendant Strategic Vision US LLC ("Strategic"), and Strategic asserted counterclaims against Eastern (the "Counterclaims");

WHEREAS, the Court held an in-person bench trial in this matter, which commenced on April 19, 2021 and concluded on April 22, 2021;

WHEREAS, the parties delivered their closing statements to the Court, remotely, on April 30, 2021;

WHEREAS, on June 22, 2021, the Court issued its Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52 (Dkt. No. 372);

IT IS HEREBY ORDERED AND ADJUDGED, this  14  day of      July      , 2021, that:

1.  JUDGMENT is entered in Eastern's favor and against Strategic on Count III (Declaratory Judgment) of Eastern's Second Amended Complaint (Dkt. No. 93 ¶¶ 46-107), Count I (Breach of Contract) of Strategic's Counterclaims (Dkt. No. 127 ¶¶ 89-104), and Count II (Fraud) of Strategic's Counterclaims (Dkt. No. 127 ¶¶ 105-116);

2. Eastern is hereby AWARDED $1 million USD, plus ~~[pre-judgment interest in the amount of $208,767.12 and]~~ post-judgment interest in the amount of $2.47 per day beginning on June 30, 2021; and

3. Following entry of this judgment, Eastern may apply for allowable costs pursuant to Fed. R. Civ. P. 54(d) and Local Rule 54.1.

| | |
|---|---|
| */s/ Joanna J. Cline* | */s/ Edward D. Greim* |
| Joanna J. Cline (*Pro Hac Vice*) | Edward D. Greim (NY Bar ID No. 4240172) |
| Christopher B. Chuff (*Pro Hac Vice*) | Jennifer Donnelli (*Pro Hac Vice*) |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Lucinda Luetkmeyer (*Pro Hac Vice*) |
| 1313 North Market Streets, Suite 5100 | 1100 Main Street, Suite 2700 |
| Wilmington, DE 19801 | Kansas City, MO 64105 |
| Telephone: 302.777.6500 | Telephone: (816) 256-3181 |
| Fax: 302.421.8390 | Fax: (816) 256-5958 |
| | |
| | *Attorneys for Strategic Vision US LLC* |
| Francis J. Lawall (Admitted to S.D.N.Y.) | |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | |
| 3000 Two Logan Square | |
| Eighteenth and Arch Streets | |
| Philadelphia, PA 19103 | |
| Telephone: 215.981.4000 | |
| Fax: 215.981.4750 | |

*Attorneys for Eastern Profit Corporation*


SO ORDERED this 14 day of _____July_____ 2021

_____
The Honorable Lewis J. Liman

CERTIFIED AS A TRUE COPY ON

THIS DATE 11/5/2021

BY _X. Mango_
( ) Clerk
(X) Deputy