**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **Eastern Profit Corp. Ltd** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 1:21-MC-00027-RDA-TCB |
| ) | |
| **Strategic Vision US, LLC** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM IN SUPPORT OF MOTION TO
## WITHDRAW AS COUNSEL FOR STRATEGIC VISION US, LLC

NOW COMES Philip C. Krone, Esq., of the law firm of Cook Craig & Francuzenko, PLLC ("Cook Craig"), counsel for the Defendant, Strategic Vision US, LLC ("Strategic"), pursuant to Local Rules of Civil Procedure 7 and 83.1(G), and for his Memorandum in Support of his Motion to Withdraw as Counsel, state as follows:

1. On August 10, 2022, Christopher T. Craig, Esq., John David Coker, Esq., and the law firm of Cook Craig & Francuzenko, PLLC, filed a motion for substation of counsel with a proposed Order. (ECF Nos. 9, 9-1).

2. The Motion for Substitution of Counsel and the attached proposed order inadvertently left off Philip C. Krone, also of Cook Craig.

3. On August 10, 2022, the proposed Order was granted by Judge Buchanan granting the substitution of Christopher T. Craig, John David Coker, and the law firm of Cook Craig & Francuzenko, for John E. Coffey for the Defendant.

4. The Defendant, Strategic Vision, US, LLC, has already had new counsel substituted in and would suffer no prejudice to grant the withdrawal of Philip C. Krone.

5. Plaintiff Eastern Profit Corp. Ltd ("Plaintiff") did not previously object to Cook Craig's substitution.

WHEREFORE, Philip C. Krone, Esq., of the law firm of Cook Craig Francuzenko, PLLC respectfully request that this Court permit him to withdraw as counsel for Strategic Vision US, LLC.

Respectfully submitted,

/s/ *Philip C. Krone*
Philip C. Krone (VSB# 87723)
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, Virginia 22030
Phone: (703) 865-7480
Fax:     (703) 434-3510
pkrone@cookcraig.com
*Counsel for Defendant*
*Strategic Vision US, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this **28th day of September 2022**, I served a copy of the foregoing Memorandum in Support Philip C. Krone's Motion to Withdraw upon the following via ECF and mail upon the following:

Courtney Schaefer, VSB# 75387
Jeffrey S. Gavenman (admitted pro hac vice)
Schulman Bhattacharya, LLC
6116 Executive Blvd., Suite 425
North Bethesda, MD 20852
Phone: 240 356-8550
Email: cschaefer@schulmanbh.com
jgavenman@schulmanbh.com
*Counsel for the Plaintiff*


John E. Coffey, VSB No. 19086
Redmon Peyton & Braswell
510 King Street, Suite 301
Alexandria, VA 22314
Phone: (703) 684-2000
Email: jcoffey@rpb-law.com
*Counsel for Strategic Vision US, LLC*


/s/ *Philip C. Krone*
Philip C. Krone (VSB# 87723)
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, Virginia 22030
Phone: (703) 865-7480
Fax:    (703) 434-3510
pkrone@cookcraig.com
*Counsel for Defendant*
*Strategic Vision US, LLC*